AO 440 (Rev. 12/09) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF NEW YORK

The Daily Holdings, Inc.

        *Plaintiff*

v.

IMG Worldwide, Inc.

        *Defendant*

Civil Action No. 10 CIV 9204

JUDGE BUCHWALD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IMG Worldwide, Inc.
767 Fifth Avenue
New York, New York 10153

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David H. Bernstein
    Jeremy Feigelson
    Debevoise & Plimpton LLP
    919 Third Avenue
    New York, New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: _____12/09/2010_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10 Civ 9204

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **IMG Worldwide, Inc.**
was received by me on *(date)* **12/09/2010** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the summons on the defendant on December 9, 2010 by e-mailing it to one of defendant's lawyers, Gary Fechter, Esq. of McCarter & English, LLP, upon which he indicated his consent to accept service on behalf of his client, the defendant.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/17/2010

*Server's signature*

Jeremy Feigelson, Partner
*Printed name and title*

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
*Server's address*

Additional information regarding attempted service, etc: