UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
THE DAILY HOLDINGS, INC.,

                Plaintiff,

     - against -

IMG WORLDWIDE, INC.,

                Defendant.
------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2011
```

O R D E R

10 Civ. 9204 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Plaintiffs are hereby granted leave to file an amended complaint adding the Daily Front Row, Inc., as a defendant.

    **SO ORDERED.**

Dated:    New York, New York
            February 4, 2011

                                              */s/ Naomi Reice Buchwald*
                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE

    Copies of the foregoing Order have been mailed on this date to the following:

David H. Bernstein
Debevoise & Plimpton, LLP
919 Third Avenue, 31st Floor
New York, NY 10022

Thomas Kesoglou
McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167-0001