AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| THE DAILY HOLDINGS, INC. <br><br> *Plaintiff* <br> v. <br> IMG WORLDWIDE, INC. and DAILY FRONT ROW, INC. <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 10 Civ. 9204 (NRB) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daily Front Row, Inc.
135 W. 50th Street
4th Floor
New York, New York 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David H. Bernstein
Jeremy Feigelson
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: _____02/14/2011_____                                    _____
                                                                               *Signature of Clerk or Deputy Clerk*

United States District Court for the
Southern District of New York

---

The Daily Holdings, Inc.

                                 Plaintiff,

-against-                                                     **AFFIDAVIT OF SERVICE**
                                                                                Civil Action # 10 Civ.9204 (NRB)

IMG Worldwide, Inc. and Daily Front Row, Inc.,

                                   Defendants.

---

COUNTY OF ALBANY  SS:
STATE OF NEW YORK

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is a resident of New York State and is not a party to this action.

That on the 15th day of February, 2011, at approximately the time of 2:00 p.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served the Summons in a Civil Action, Amended Complaint with Exhibits, Individual Practices of Naomi Reice Buchwald United States District Judge and United States District Court Electronic Case Filing Rules and Instructions, upon **DAILY FRONT ROW, INC.,** by delivering to and leaving with Donna Christie an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 306 of the Business Corporation Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Donna Christie is a white female, approximately 47 years of age, stands approximately 5 feet 3 inches tall, weights approximately 140 pounds with blonde hair.

                                                                                  Denise L. Dooley

Sworn to before me
this 15th day of February, 2011.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2014