UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
THE DAILY HOLDINGS, INC.,                              :

              Plaintiff,                    :

   -against-                                              :    10 Civ. 9204 (NRB)

IMG WORLDWIDE, INC. and                              :
DAILY FRONT ROW, INC.,
                                                          :
              Defendants.
                                                          :
------------------------------------------------------------------------x

## **NOTICE OF DISMISSAL**

       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff The Daily Holdings, Inc. hereby dismisses this action without prejudice.

Dated: March 8, 2011

                                        /s/ Jeremy Feigelson
                                        David H. Bernstein
                                        (dhbernstein@debevoise.com)
                                        Jeremy Feigelson
                                        (jfeigelson@debevoise.com)
                                        DEBEVOISE & PLIMPTON LLP
                                        919 Third Avenue
                                        New York, NY 10022
                                        Phone:  (212) 909-6000

                                        Counsel for The Daily Holdings, Inc.