UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

THE DAILY HOLDINGS, INC.,

          Plaintiff,

   -against-  :  10 Civ. 9204 (NRB)

IMG WORLDWIDE, INC. and
DAILY FRONT ROW, INC.,

          Defendants.
-------------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2011
```

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff The Daily Holdings, Inc. hereby dismisses this action without prejudice.

Dated: March 8, 2011

/s/ Jeremy Feigelson
David H. Bernstein
(dhbernstein@debevoise.com)
Jeremy Feigelson
(jfeigelson@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Phone: (212) 909-6000

SO ORDERED: March 9, 2011

Counsel for The Daily Holdings, Inc.

/s/ Naomi Reice Buchwald
Naomi Reice Buchwald
United States District Judge